### IN THE MATTER OF DAVID LYNN, A SOLDIER

Papers in File (1817): (1) Affidavit for habeas corpus, allowance.

### IN THE MATTER OF JESSE BIDDLE, A SOLDIER

Papers in File (1819): (1) Writ of habeas corpus and return; (2) writ of execution in case of *Jonas W. Colburn* v. *Jesse Biddle* issued by John McDonell, J. P.; (3) certificate of enlistment; (4) decision; (5) copy of decision.

### IN THE MATTER OF ELIZABETH GOSS

Papers in File: [None]